IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Deborah Jefferson, | ) | C/A No.  3:16-646-TLW-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Circle K Stores, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The plaintiff, Deborah Jefferson, filed this civil action in February 2016.  This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.).  On October 21, 2016, upon joint motion and consent of the parties, the court issued a Second Amended Scheduling Order extending the dispositive motions deadline until February 15, 2017.  (ECF No. 26.)  As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case.  The parties are directed to inform the court in writing of the status of this case on or before **February 23, 2017** and advise the court as to whether the case is ready for trial.

**IT IS SO ORDERED.**

February 16, 2017                                                   Paige J. Gossett
Columbia, South Carolina                                   UNITED STATES MAGISTRATE JUDGE